from:    Amazon.com <copyright@amazon.com>

reply-to: copyright+A35LZUJ6IH5MVA@amazon.com

to:    zee@quillinkbooks.com

date:    Tue, May 22, 2018 at 12:39 AM

subject: Your Amazon.com KDP Book

Hello,

We received a notice regarding the content of Crave To Conquer by Ellis, Zoey; ASIN: B0785GFVZ4.  In situations such as these, we believe it reasonable for the parties involved to resolve the matter between themselves. We trust you will be able to reach a resolution directly with them.

Claimant's email address:

abcdamazon36@gmail.com

Regards,

Kevin B

Copyright/Trademark Agent

| | |
|---|---|
| from: | iBooks Store Notices <ibooks.store.notices@apple.com> |
| to: | ▮ |
| cc: | accounting@blushingbooks.com |
| date: | Thu, May 17, 2018 at 10:00 PM |
| subject: | Apple Re: IBK95560 |

Dear Sir or Madam,

**Please include IBK95560 in the subject line of any future correspondence on this matter.**

On 4/19/2018, we received a notice from ABCD Graphics and Design DBA Blushing Books ("Complainant") that Complainant believes the titles listed below infringes its intellectual property rights (see their comments below). Please contact the complainant directly regarding this issue. Additionally, please update us on the status of your communications by cc'ing ibooks.store.notices@apple.com.

Author: Zoey Ellis
Publisher: Quill Ink Books Limited
Book Title: Crave To Conquer
Apple ID: 1321129224
Territories of Assertion: AR, AT, AU, BE, BG, BO, BR, CA, CH, CL, CO, CR, CY, CZ, DE, DK, DO, EC, EE, ES, FI, FR, GB, GR, GT, HN, HU, IE, IT, JP, LT, LU, LV, MT, MX, NI, NL, NO, NZ, PA, PE, PL, PT, PY, RO, SE, SI, SK, SV, US, VE
Territories Available: GR, NZ, AR, AT, SE, CA, DK, AU, GT, DO, MT, IT, FI, LU, SV, CH, EE, DE, RO, HN, BO, GB, CY, BE, VE, US, NL, PT, CO, CL, EC, PE, CR, BG, JP, FR, HU, MX, SI, NI, LT, SK, NO, PY, ES, PA, BR, LV, CZ, IE, PL
Dispute Comment: This book is plagiarized and a copy of a book written by Addison Cain titled Born to be Bound that is under copyright as well as was published by Blushing Books Publications in Jan of 2016 .
I have a list of sentences and well as plot lines, story act, etc that are taken from Mrs. Cain's book. The only significant change we see is the POV has been changed from Female to Male. There are also numerous reviews stating the similarities. I will send the remaining upon request.
-
Author: Zoey Ellis
Publisher: Quill Ink Books Limited
Book Title: Crave To Capture
Apple ID: 1332200350
Territories of Assertion: AR, AT, AU, BE, BG, BO, BR, CA, CH, CL, CO, CR, CY, CZ, DE, DK, DO, EC, EE, ES, FI, FR, GB, GR, GT, HN, HU, IE, IT, JP, LT, LU, LV, MT, MX, NI, NL, NO, NZ, PA, PE, PL, PT, PY, RO, SE, SI, SK, SV, US, VE
Territories Available: JP, AU, BR, FR, DK, US, GR, GT, CO, MT, SI, HU, DE, DO, LV, PY, PL, EC, NL, CL, AR, ES, CA, NI, BG, VE, BE, NO, PT, CZ, IE, LU, SE, AT, PA, NZ, RO, BO, EE, CY, SK, LT, CR, CH, PE, HN, GB, MX, SV, FI, IT
Dispute Comment: This book is plagiarized and a copy of a book written by Addison Cain titled Born to be Broken that is under copyright as well as was published by Blushing Books Publications in April of 2016 .
I have a list of sentences and well as plot lines, story act, etc that are taken from Mrs. Cain's book. The only significant change we see is the POV has been changed from Female to Male.There are also numerous reviews stating the similarities. I will send the remaining upon request.
-

Sincerely,

Barry

iBooks Store Notices

☐ iTunes Legal | Apple | One Apple Park Way Cupertino, CA 95014 | The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.