# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) QUILL INK BOOKS LIMITED, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>(1) ABCD GRAPHICS AND DESIGN, INC., D/B/A BLUSHING BOOKS PUBLISHING, a foreign corporation, *et al.*,<br><br>Defendants. | Case No.: CIV-18-920-G |

## DEFENDANT'S OFFER OF JUDGMENT

Defendant, ABCD Graphics and Design, Inc. d/b/a Blushing Books Publishing ("Defendant"), pursuant to Fed. R. Civ. P. 68, extends the following offer of judgment to Plaintiff, Quill Ink Books Limited ("Plaintiff") and stipulates that Zoey Ellis's Myth of Omega series does not plagiarize Addison Cain's Alpha's Claim series, and the take-down notices transmitted pursuant to the Digital Millennium Copyright Act are invalid.

Defendant hereby waives the 14-day requirement of Rule 68 and consents to Magistrate Judge Suzanne Mitchell entering final disposition of this case.

EXHIBIT E

Dated this 9th day of September, 2019.

                                                 *s/ Becky Briggs*
                                                 Becky Briggs, Esq.
                                                 THE LAW OFFICE OF BECKY BRIGGS, LLC
                                                 315 Colorado Ave
                                                 Pueblo, CO 81103
                                                 Telephone: (719) 924-9954
                                                 Facsimile: (970) 826-7050
                                                 Email: BeckyBriggsLaw@gmail.com

                                               **ATTORNEY FOR DEFENDANT**

EXHIBIT E

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Rebecca L Briggs**
beckybriggslaw@gmail.com

**Shawn M Dellegar**
shawn.dellegar@crowedunlevy.com, carol.welch@crowedunlevy.com, ECFT@crowedunlevy.com, tammy.shaddox@crowedunlevy.com

**Deric J McClellan**
deric.mcclellan@crowedunlevy.com, pat.george@crowedunlevy.com, ecft@crowedunlevy.com

**Gideon A Lincecum**
glincecum@holladaychilton.com, cburgess@holladaychilton.com, ECF_Service@holladaychilton.com

**Dylan D Erwin**
derwin@hollladaychilton.com, lspencer@holladaychilton.com, ecf_service@holladaychilton.com

*s/ Becky Briggs*

**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) QUILL INK BOOKS LIMITED, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>(1) ABCD GRAPHICS AND DESIGN, INC., D/B/A BLUSHING BOOKS PUBLISHING, a foreign corporation, *et al.*,<br><br>Defendants. | Case No.: CIV-18-920-G |

## PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Plaintiff, Quill Ink Books Limited ("Plaintiff"), hereby accepts the offer of judgment proffered by Defendant, ABCD Graphics and Design, Inc. d/b/a Blushing Books Publishing ("Defendant") on September 9, 2019.

Plaintiff hereby waives the 14-day requirement of Rule 68 and consents to Magistrate Judge Suzanne Mitchell entering final disposition of this case.

EXHIBIT E

Dated this 9th day of September, 2019.

    s/ *Gideon A Lincecum*
    Gideon A. Lincecum, OBA No. 19674
    James W. Dobbs, OBA No. 14995
    Dylan D. Erwin, OBA No. 31987
    HOLLADAY & CHILTON, PLLC
    204 North Robinson, Suite 1550
    Oklahoma City, OK 73102
    Telephone: (405) 236-2343
    Facsimile: (405) 236-2349
    Email: glincecum@holladaychilton.com
           jdobbs@holladaychilton.com
           derwin@holladaychilton.com

    **ATTORNEYS FOR PLAINTIFF**

EXHIBIT E

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Rebecca L Briggs**
beckybriggslaw@gmail.com

**Shawn M Dellegar**
shawn.dellegar@crowedunlevy.com, carol.welch@crowedunlevy.com,
ECFT@crowedunlevy.com, tammy.shaddox@crowedunlevy.com

**Deric J McClellan**
deric.mcclellan@crowedunlevy.com, pat.george@crowedunlevy.com,
ecft@crowedunlevy.com

**Gideon A Lincecum**
glincecum@holladaychilton.com, cburgess@holladaychilton.com,
ECF_Service@holladaychilton.com

**Dylan D Erwin**
derwin@hollladaychilton.com, lspencer@holladaychilton.com,
ecf_service@holladaychilton.com

*s/ Gideon A. Lincecum*

EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUILL BOOKS LIMITED, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Case No. CIV-18-920-G <br> ABCD GRAPHICS AND ) <br> DESIGN, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | |

## JUDGMENT

The Court enters judgment pursuant to the accepted offer of judgment under Fed. R. Civ. P. 68. *See* Docs. 89-90.

**ENTERED** on this 9th day of September, 2019.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT E**