**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **QUILL INK BOOKS LIMITED,** ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-476-LO-MSN |
| ) | |
| **RACHELLE SOTO a/k/a ADDISON CAIN,** ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE EXPERT DISCLOSURES OUT OF TIME**

Plaintiff Quill Ink Books Limited ("Quill" or "Plaintiff"), by counsel, and pursuant to the Federal Rules of Civil Procedure and the Rule 16(b) Scheduling Order (ECF No. 42), hereby moves this Court for leave to file its expert disclosures out of time. Plaintiff has filed a memorandum in support of the this motion under separate cover, and respectfully requests the Court enter the proposed order submitted herewith.

The parties have met and conferred, and Plaintiff requested Defendant's consent to this motion, which has been denied. No oral argument on this motion is requested.

May 4, 2020

Respectfully submitted,

**QUILL INK BOOKS LIMITED**

By: /s/ John M. Bredehoft
John M. Bredehoft
Virginia State Bar No. 33602
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3000
757-624-3225 (direct)
888-360-9092 (facsimile)
jmbredehoft@kaufcan.com

<div style="text-align: right"><em>Counsel for Plaintiff<br>Quill Ink Books Limited</em></div>

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

<div style="margin-left: 50%">

/s/ John M. Bredehoft<br>
John M. Bredehoft<br>
Virginia State Bar No. 33602<br>
KAUFMAN & CANOLES, P.C.<br>
150 West Main Street, Suite 2100<br>
Norfolk, Virginia 23510<br>
757-624-3000<br>
757-624-3225 (direct)<br>
888-360-9092 (facsimile)<br>
jmbredehoft@kaufcan.com<br>
<em>Counsel for Plaintiff<br>
Quill Ink Books Limited</em>

</div>

18401775v1