**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **QUILL INK BOOKS LIMITED,** | ) |
| | ) |
| **Plaintiff/Counterclaim Defendant,** | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-476-LO-MSN |
| | ) |
| **RACHELLE SOTO a/k/a ADDISON CAIN,** | ) |
| | ) |
| **Defendant/Counterclaim Plaintiff.** | ) |

**ORDER**

This matter comes before the Court on the Motion for Leave to File Expert Disclosures Out of Time (the "Motion") filed by Quill Ink Books Limited ("Quill"), by counsel. For the reasons set forth in the Motion and supporting memorandum, and for good cause shown, the Motion is GRANTED.

It is further ORDERED that the expert disclosures attached to the Motion are deemed filed as of the date of entry of this order.

ENTERED this ___ day of _____, 2020.

Alexandria, Virginia

_____
Michael S. Nachmanoff
United States Magistrate Judge

18401774v2