# EXHIBIT F
# Personal Identifier Redacted



SOTO_001105