UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QUILL INK BOOKS LIMITED,<br>Plaintiff, | |
| v. | Civil No. 1:19cv476-LO-MSN |
| RACHELLE SOTO, aka ADDISION CAIN,<br>Defendant | |

**NOTICE OF INSOLVENCY, SUGGESTION OF MOOTNESS
AND LACK OF JURISIDICTION**

PLEASE TAKE NOTICE of the attached CVL Notice submitted on behalf of Plaintiff, Quill Ink Books Limited, by its foreign representative and UK liquidator, Hasib Howlader of HUDSON WEIR.



**Hudson Weir**
Business Recovery Specialists

Third Floor
112 Clerkenwell Road
London
EC1M 5SA

T: 0207 099 6086
F: 0207 681 2856
E: info@hudsonweir.co.uk
W: www.hudsonweir.co.uk

TO WHOM IT MAY CONCERN

Our ref: NS/HH/CH/AN/QUIL001

Please Contact: Claire Howell

Direct Dial: 020 3603 1597

29 May 2020

Dear Sirs

**Quill Ink Books Limited – proposed creditors' voluntary liquidation ("the Company")**
**Company Number: 10252366**

Please be advised that the directors of the Company have engaged the services of Hudson Weir to assist them with placing the Company into creditors' voluntary liquidation.

Hasib Howlader and Nicholas Andrew Stratten are the proposed Joint Liquidators of the Company.

- Hasib Howlader is a Licenced Insolvency Practitioner. IP number is 20350.
- Nicholas Andrew Stratten is a Licensed Insolvency Practitioner. IP number of 22170.

We are currently preparing the requisite notices and collating the financial documentation to be sent to all known creditors, of which we anticipate will set a liquidation date of 19 June 2020.

Should you require any further information or clarification please do not hesitate to contact me or my colleague Claire Howell direct.

Your faithfully

Hasib Howlader
Hudson Weir

"Hudson Weir" is the trading name of Hudson Weir Limited, registered in England and Wales: Company No. 09477593
Registered office at Third Floor, 112 Clerkenwell Road, London EC1M 5SA
Hasib Howlader is licensed to act as an insolvency practitioner in the UK by the Insolvency Practitioners Association
Nicholas Stratten is licensed to act as an insolvency practitioner in the UK by the Institute of Chartered Accountants in England and Wales
Director: Hasib Howlader FCA, CTA, MIPA
The Hudson Weir Limited GDPR privacy policy can be viewed at www.hudsonweir.co.uk/privacy-policy