IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QUILL INK BOOKS LIMITED, *Plaintiff*, v. RACHELLE SOTO *aka* ADDISON CAIN, *Defendant*. | Civil Action No. 1:19-cv-476 Hon. Liam O'Grady |

## ORDER

Before the Court is Defendant's Motion to Dismiss for Lack of Prosecution. Dkt. 86. Plaintiff's counsel withdrew from the matter on May 18, 2020, and the Court ordered Plaintiff to retain new counsel by May 29, 2020. Dkt. 77. Plaintiff failed to do so, and failed to appear at the June 1, 2020 hearing before Judge Nachmanoff.

The Court issued a show cause Order on June 4, 2020, allowing fourteen days for Plaintiff to respond. Dkt. 89. Plaintiff's only response was a Notice of Liquidation Under the Insolvency (England and Wales) Act of 1986, and Formal Appointment of Liquidators, Wounding-Up [sic] Proceedings, Suggestion of Mootness and Lack of Jurisdiction. Dkt. 93. This Notice was not filed by counsel and did not address the issues as identified by the Court and in Defendant's brief. The Notice states that "Quill Ink Books Limited cannot participate in any further legal proceedings, and that "[i]ts status of insolvency disallows the hiring of new counsel in Virginia." Dkt. 93 at 1. Plaintiff thus concedes it "cannot further prosecute its cause of action against the Defendant." *Id.*

As such, Defendant's motion to dismiss Plaintiff's sole remaining claim (Dkt. 86) is hereby **GRANTED** for lack of prosecution.

It is **SO ORDERED.**

July 1, 2020
Alexandria, Virginia

/s/ Liam O'Grady
Liam O'Grady
United States District Judge