UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QUILL INK BOOKS LIMITED,<br>　　　　*Plaintiff*,<br><br>v.<br><br>RACHELLE SOTO *aka* Addison Cain,<br>　　　　*Defendant*. | No. 1:19cv476-LO-MSN |

**DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL**

PURSUANT TO RULE 41(a)(2), Defendant, Rachelle Soto a/k/a Addison Cain, moves for voluntarily dismissal her counterclaim, without prejudice.

August 13, 2020
　　　　　　　　　　　　　　　　/s/ Craig C. Reilly
　　　　　　　　　　　　　　　　Craig C. Reilly VSB # 20942
　　　　　　　　　　　　　　　　209 Madison Street, Suite 501
　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　T: (703) 549-5354
　　　　　　　　　　　　　　　　F: (703) 549-5355
　　　　　　　　　　　　　　　　E: craig.reilly@ccreillylaw.com
　　　　　　　　　　　　　　　　*Counsel for Defendant*

SO ORDERED this _____ day of August 2020.

Alexandria, Virginia
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　　　United States District Judge

1

*Of Counsel for Defendant:*
Shawn M. Dellegar, OBA # 20973
Crowe & Dunlevy, P.C.
321 South Boston Avenue, Sutie 500
Tulsa, Oklahoma 74103
T: (918) 592-9800
E: shawn.dellegar@crowedunlevy.com
*Counsel for Defendant (Pro Hac Vice)*

Tynia A. Watson, OBA # 30765
Crowe & Dunlevy, P.C.
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
T: (405) 235-7500
E: tynia.watson@crowedunlevy.com
*Counsel for Defendant (Pro Hac Vice)*

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I emailed the foregoing to office@quillinkbooks.com and electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, Virginia 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com
*Counsel for Defendant*